1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   JAMES F. HANNAWALT, State Bar #139657
4  Deputy City Attorneys
   1390 Market Street, 7th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4283
6  Facsimile:     (415) 554-3837

7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

12 | DAVID MAGANA, an Individual,                    | Case No. CV-09-1387 MMC
   |
13 |         Plaintiff,                              | **STIPULATION RE ADR; ORDER REFERRING CASE TO MEDIATION**
   |
14 |    vs.                                          |
   |
15 | CITY & COUNTY OF SAN FRANCISCO;                 |
   | SAN FRANCISCO POLICE DEPARTMENT;                |
16 | S.F. Police Officer Tozzini, Badge No. 4084;    |
   | S.F. Police Officer Reboli, Badge No. 1651;     |
17 | S.F. Police Officer Tiffe, Badge No. 1312; and  |
   | S.F. Police Officer Heppler, Badge No. 1726,    |
18 |                                                 |
   |         Defendants.                             |

19

20

21

22

23

24

25

26

27

28

STIPULATION RE ADR                                                           n:\lit\li2009\091316\00564919.doc
Magana v. CCSF, et al. – USDC No. CV-09-1387 MMC

1 | The parties hereby select mediation as their ADR method.

2

3 | Dated:  June 26, 2009

4

5
DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
JAMES F. HANNAWALT
Deputy City Attorneys

*-/s/-   Scott D. Wiener*

By:_____
SCOTT D. WIENER
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:  June 26, 2009

LAW OFFICES OF PAUL J. SMOOT

*-/s/-   Paul J. Smoot*

By:_____
PAUL J. SMOOT
Attorney for Plaintiff DAVID MAGANA
*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

ORDER

The above-titled action is hereby referred to the Court's mediation program.  The deadline to complete mediation is 90 days from the date of this order.

Dated: June 29, 2009

*[signature: Maxine M. Chesney]*
Maxine M. Chesney
United States District Judge

---

STIPULATION RE ADR                                        1                              n:\lit\li2009\091316\00564919.doc
Magana v. CCSF, et al. – USDC No. CV-09-1387 MMC