| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961<br>Chief Trial Deputy |
| 3 | SCOTT D. WIENER, State Bar #189266<br>JAMES F. HANNAWALT, State Bar #139657 |
| 4 | Deputy City Attorneys<br>1390 Market Street, 7th Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone:    (415) 554-4283 |
| 6 | Facsimile:     (415) 554-3837 |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAGANA, an Individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY & COUNTY OF SAN FRANCISCO;<br>SAN FRANCISCO POLICE DEPARTMENT;<br>S.F. Police Officer Tozzini, Badge No. 4084;<br>S.F. Police Officer Reboli, Badge No. 1651;<br>S.F. Police Officer Tiffe, Badge No. 1312; and<br>S.F. Police Officer Heppler, Badge No. 1726,<br><br>    Defendants. | Case No. CV-09-1387 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION**<br><br> AND ORDER THEREON |

1  WHEREAS the Court previously ordered the parties to mediate and set a deadline of September 17, 2009, to complete the mediation;

WHEREAS the parties have been delayed in conducting necessary depositions, in light of a delay in receiving medical records and other delays;

WHEREAS conducting a mediation at this point in time would be a waste of resources and would not be fruitful;

AND WHEREAS the parties anticipate completing discovery necessary to conduct a meaningful mediation by the end of October or early November;

THEREFORE THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the Court, to extend the deadline to complete mediation to November 23, 2009.

Dated:  September 11, 2009

                                        DENNIS J. HERRERA
                                        City Attorney
                                        JOANNE HOEPER
                                        Chief Trial Deputy
                                        SCOTT D. WIENER
                                        JAMES F. HANNAWALT
                                        Deputy City Attorneys

                                            *-/s/-   Scott D. Wiener*
                               By:_____
                                        SCOTT D. WIENER
                                        Attorneys for Defendants

Dated:  September 11, 2009

                                        LAW OFFICES OF PAUL J. SMOOT

                                           *-/s/-   Paul J. Smoot*
                               By:_____
                                        PAUL J. SMOOT
                                        Attorney for Plaintiff DAVID MAGANA
                                        *Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

1  SO ORDERED.
2
3
4
5  Date: September 16, 2009              _____
6                                        HON. MAXINE M. CHESNEY
                                         UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28