DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorneys
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4283
Facsimile:     (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER WILLIAM HEPPLER #1726, OFFICER ERIC REBOLI #1651,
OFFICER CRAIG M. TIFFE #1312, AND OFFICER GIAN TOZZINI #4084

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAGANA, AN INDIVIDUAL, | Case No. CV-09-1387 MMC |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DISMISSAL** |
| vs. | Trial Date:              June 28, 2010 |
| CITY & COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; S.F. Police Officer Tozzini, Badge No. 4084; S.F. Police Officer Reboli, Badge No. 1651; S.F. Police Officer Tiffe, Badge No. 1312; and S.F. Police Officer Heppler, Badge No. 1726, | |
| Defendants. | |

The parties, by and through their respective counsel, hereby stipulate to plaintiff David Magana dismissing with prejudice all claims against all defendants in the above-captioned action.  Further, the parties, by and through their respective counsel, hereby stipulate that each party shall bear its own

1  attorney's fees and litigation costs in connection with the above-captioned action.

2       IT IS SO STIPULATED.

3  Dated:  December 11, 2009

4                                   DENNIS J. HERRERA

5                                   City Attorney
    JOANNE HOEPER

6      Chief Trial Deputy
    SCOTT D. WIENER

7      JAMES F. HANNAWALT
    Deputy City Attorneys

8

9      By:_____
    JAMES F. HANNAWALT

10      Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,

11      OFFICER WILLIAM HEPPLER #1726,
    OFFICER ERIC REBOLI #1651,

12      OFFICER CRAIG M. TIFFE #1312, AND
    OFFICER GIAN TOZZINI #4084

13

14

15  Dated:  December 11, 2009      *Paul J. Smoot*

16      By:_____

17      PAUL SMOOT
    Attorney for Plaintiff David Magana

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2

3     BASED ON THE ABOVE STIPULATION, THE ENTIRE ABOVE-CAPTIONED ACTION

IS HEREBY DISMISSED WITH PREJUDICE.

4

5

6     Dated:  December 11, 2009                                                    _____

7                                                           THE HONORABLE MAXINE CHESNEY
                                                            UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28